1172

part in the consideration or decision of this petition. 

No. 98–1003. GIRRES ET AL. *v.* BORMANN ET AL. Sup. Ct. Iowa. Motion of National Pork Producers Council et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition. 

No. 97–9166. KNIGHT *v.* IVESTER ET AL., *ante*, p. 839;
No. 97–9670. HOWE *v.* VIRGINIA, *ante*, p. 865;
No. 98–520. PALM, INDIVIDUALLY AND AS SURVIVING PARENT OF PALM, DECEASED *v.* LAS VEGAS METROPOLITAN POLICE DEPARTMENT ET AL., *ante*, p. 1054;
No. 98–800. TRAIL ENTERPRISES, INC., DBA WILSON OIL CO. *v.* CITY OF HOUSTON, *ante*, p. 1070;
No. 98–5080. NWACHUKWU *v.* UNITED STATES, *ante*, p. 885;
No. 98–5647. CRAWFORD *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 936;
No. 98–5669. DEYONGHE *v.* SCOTT, WARDEN, *ante*, p. 950;
No. 98–5767. SMITH *v.* MORGAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL., *ante*, p. 968;
No. 98–5807. IN RE SCHULTZ, *ante*, p. 807;
No. 98–5876. IN RE SCHNELLE, *ante*, p. 960;
No. 98–5939. BOGART *v.* CURRY ET AL., *ante*, p. 984;
No. 98–5992. STEELE *v.* COUNTY OF LOS ANGELES ET AL., *ante*, p. 1005;
No. 98–6003. WHITE *v.* WHITE, WARDEN, ET AL., *ante*, p. 1005;
No. 98–6057. CROSS *v.* PLACER COUNTY SUPERIOR COURT, *ante*, p. 1006;
No. 98–6109. STEVENS *v.* FLORIDA, *ante*, p. 985;
No. 98–6115. CRAWFORD *v.* MISSISSIPPI, *ante*, p. 1021;
No. 98–6137. WILLIAMS *v.* CONWAY ET AL., *ante*, p. 1021;
No. 98–6152. SHAMSIDEEN *v.* PRICE, WARDEN, *ante*, p. 1022;
No. 98–6174. DARDEN *v.* CITY OF BERKELEY, CALIFORNIA, ET AL., *ante*, p. 1022;
No. 98–6198. REEVES *v.* BRINSON, WARDEN, ET AL., *ante*, p. 1023;
No. 98–6293. IN RE TOBIAS, *ante*, p. 960;
No. 98–6366. BURNS *v.* UNITED STATES, *ante*, p. 988;

No. 98–6387. SUMTER v. SAYBOLT, INC., ET AL., *ante*, p. 1026;
No. 98–6466. BARTLETT v. DEPARTMENT OF THE ARMY, *ante*, p. 1044;
No. 98–6482. CROSS v. COURT OF APPEAL OF CALIFORNIA, THIRD APPELLATE DISTRICT, *ante*, p. 1074;
No. 98–6549. WILLIAMS v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, *ante*, p. 1075;
No. 98–6629. JEFFUS v. UNITED STATES, *ante*, p. 1031;
No. 98–6643. SHARMA v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, *ante*, p. 1045;
No. 98–6671. McCAULEY v. UNITED STATES, *ante*, p. 1032;
No. 98–6736. CROSS v. DROZD ET AL., *ante*, p. 1079;
No. 98–6737. CROSS v. PELICAN BAY STATE PRISON, *ante*, p. 1079;
No. 98–6754. SIKORA v. UNITED STATES ET AL., *ante*, p. 1080;
No. 98–6795. PEREZ v. UNITED STATES, *ante*, p. 1048; and
No. 98–6808. WILLIAMS v. U-HAUL COMPANY OF COLORADO, *ante*, p. 1081. Petitions for rehearing denied.

No. 98–659. PAUL v. WILLIAM MORROW & CO., INC., ET AL., *ante*, p. 1094. Petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

FEBRUARY 24, 1999

No. A–706 (98–1368). STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. LAGRAND. C. A. 9th Cir. Application to vacate stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted. JUSTICE GINSBURG would deny the application to vacate stay of execution.

JUSTICE STEVENS, dissenting.

The State has filed a petition for certiorari in No. 98–1368 raising the following four questions:

"1. Has the Ninth Circuit opinion holding that execution by lethal gas constitutes cruel and unusual punishment under the Eighth Amendment, created a conflict among the circuits requiring this Court to resolve the constitutionality of Arizona's method of execution?